# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

                                                 DOCKET NO. 3:06CR417

   V.                                                  ORDER

STACY ARTHANIEL THREATT

---

   **THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 94 ) Motion to Seal Document Exhibit 2.in the United States' Response in Opposition to Defendant's Motion for Compassionate Release.

   **IT IS ORDERED**, that United States Attorney's Motion (Doc. No.94 ) is **GRANTED.**

Signed: October 6, 2021

_____
Frank D. Whitney
United States District Judge