UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00417-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| STACY ARTHANIEL THREATT, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release (Doc. No. 105), which is the second time Defendant seeks this relief from this Court. See United States v. Threatt, 2021 WL 411527 (W.D.N.C., Feb. 05, 2021, aff'd, United States v. Threatt, 2021 WL 4739609 (4th Cir. 2021).[1]  This new motion, however, raises new arguments not asserted in the first motion.  Upon review of this new motion and the record, the Court hereby ORDERS the Government to respond to the merits of Defendant's pending motion, including arguments and/or concessions on the 18 USCA § 3553(a) factors to the extent applicable to these new arguments.  The Government shall file its response within thirty (30) days from the date of this Order.  The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.  Once the Government files its response, Defendant will have thirty (30) days to submit a final reply brief to this Court addressing those arguments raised in the Government's response.

IT IS SO ORDERED.

Signed: May 5, 2022

Frank D. Whitney
United States District Judge

---

[1] Also available on the docket for this case at Doc. Nos. 98, 103 respectively.

1

Case 3:06-cr-00417-FDW   Document 108   Filed 05/05/22   Page 1 of 1